UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NATHANIEL HOPKINS, III, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 1:13-cv-01404-TAB-JMS ) |
| CAROLYN W. COLVIN, | ) ) |
| Defendant. | ) |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

The Court having this day made its Entry directing the entry of final judgment, the Court now enters FINAL JUDGMENT.

Judgment is entered in favor of Defendant and against Plaintiff. Plaintiff shall take nothing by his complaint and this action is terminated.

Dated: 3/31/2015

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Laura A. Briggs, Clerk of Court

By: _____
Deputy Clerk

Distribution:

Patrick Harold Mulvany
patrick@mulvanylaw.com

Joshua P. Dehnke
OFFICE OF GENERAL COUNSEL, SOCIAL SECURITY ADMINISTRATION
joshua.dehnke@ssa.gov

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov